UNITED STATES of America,
Plaintiff–Appellee,

v.

Willie SWANN, Defendant–Appellant.

No. 00–7592.

United States Court of Appeals,
Fourth Circuit.

Submitted April 6, 2001.

Decided April 20, 2001.

Willie Swann, pro se. Robert Reeves
Harding, Assistant United States Attor-
ney, Baltimore, MD, for appellee.

Before WILKINS and NIEMEYER,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Willie Swann seeks to appeal the district
court's orders denying his motion filed un-
der 28 U.S.C.A. § 2255 (West Supp.2000),
and his motion to dismiss the indictment.
We have reviewed the record and the dis-
trict court's opinion and find no reversible
error. Accordingly, we deny a certificate
of appealability and dismiss the appeal on

the reasoning of the district court. *See United States v. Swann,* Nos. CR–90–166–K; CA–00–3132–JFM (D.Md. Oct. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*